

Opinions of the United
States Court of Appeals
for the Third Circuit

7-16-1998

# Mennen Company v. Atl Mutl Ins Co

Precedential or Non-Precedential:

Docket 97-5266

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1998

Recommended Citation
"Mennen Company v. Atl Mutl Ins Co" (1998). *1998 Decisions*. Paper 159.
http://digitalcommons.law.villanova.edu/thirdcircuit_1998/159

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1998 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
                    UNITED STATES COURT OF APPEALS
                       FOR THE THIRD CIRCUIT




                            No. 97-5266
     The Meenenn Company v. Atlantic Mutual Insurance Company, et. al.


          The following modifications have been made to the Court's
     opinion issued on June 26, 1998 in the above-entitled appeal and
     will appear as part of the final version of the opinion:


          1.  Add the name of "Kevin J. McKenna, Esquire" immediately
     below that of Mr. Gibbons.




                                        /s/ P. Douglas Sisk,
                                             Clerk




     July 16, 1998
```